NOT RECOMMENDED FOR PUBLICATION
File Name: 22a0316n.06

Case No. 22-3041

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

FILED
Aug 02, 2022
DEBORAH S. HUNT, Clerk

|  |  |  |
|---|---|---|
| LORI J. COOK, | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO |
| | ) | |
| STEWARD TRUMBULL MEMORIAL HOSPITAL, INC., dba Steward Health Center, Youngstown, Ohio, fka Northside Hospital, | ) | |
| | ) | |
| Defendant-Appellee. | ) | OPINION |

Before: BATCHELDER, WHITE, and MURPHY, Circuit Judges.

**ALICE M. BATCHELDER, Circuit Judge.** After being laid off, Lori Cook sued Steward Trumbull Memorial Hospital, claiming age discrimination in the hospital's failure to transfer her or rehire her at another location. Certain evidence is not in genuine dispute. For the first job opening, as to which Cook filed a failure-to-transfer claim, the hospital hired a woman the same age as Cook. For the second job opening, regarding which Cook filed a failure-to-rehire claim, a younger woman applied for the job opening and the hospital hired her. The hospital did not rehire Cook because she did not apply for the job. The district court found that Cook failed to state a prima facie case for age discrimination and granted summary judgment. Cook appeals, raising arguments based on a mischaracterization of certain facts and a claim of pretext, but because none of them undermines the district court's ruling, we need not address them.

After carefully reviewing the law, the parties' arguments, and the record evidence, we conclude that the district court correctly assessed the proffered evidence and correctly applied the

No. 22-3041, *Cook v. Steward Trumbull Mem. Hosp.*

law to that evidence. The issuance of a full written opinion by this court would serve no useful

purpose. Accordingly, for the reasons stated in the district court's opinion, we **AFFIRM**.